NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001053
16-JUL-2013
08:35 AM**

NO. CAAP-12-0001053

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, ʻPlaintiff-Appellee, v.
ALFRED CALEY, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 12-1-000077)

ORDER APPROVING DEFENDANT-APPELLANT'S
JULY 1, 2013 STIPULATION TO DISMISS APPEAL
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed July 1, 2013, by Defendant-Appellant Alfred Caley (Appellant), the papers in support, and the record, it appears that (1) the stipulation is dated and signed by Appellant and counsel for all parties; (2) the parties seek dismissal of the appeal pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(c); and (3) the declaration required by HRAP Rule 42(c) is attached to the stipulation.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are denied as unnecessary.

DATED: Honolulu, Hawai'i,  July 16, 2013.


Chief Judge

Associate Judge

Associate Judge